SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
PETER H. KLEE, Cal. Bar No. 111707
JARED K. LEBEAU, Cal. Bar No. 292742
MICHAEL BEAN, Cal. Bar. No. 264628
501 West Broadway, 18th Floor
San Diego, California 92101-3598
Telephone:  619.338.6500
Facsimile:  619.234.3815
E mail       pklee@sheppard.com
             jlebeau@sheppard.com
             mbean@sheppard.com

SALL SPENCER CALLAS & KRUEGER
Suzanne Burke Spencer, Cal. Bar. No. 188597
32351 Coast Highway
Laguna Beach, CA  92651-6703
Telephone:  949.499.2942
Facsimile:  949.499.7403
E-mail:      sburke@sallspencer.com

Attorneys for plaintiff Allstate Northbrook
Indemnity Company

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE NORTHBROOK INDEMNITY COMPANY;<br><br>              Plaintiff,<br><br>       v.<br><br>DIETRICH WILHELM GEORG LUSSE, an individual; and FRANCISCO JAVIER MARQUEZ, an individual, and HANGER STEINBERG SHAPIRO & ASH, a law corporation;<br><br>              Defendants. | Case No. 2:25-cv-10554-MWC-PD<br><br>**ALLSTATE NORTHBROOK INDEMNITY COMPANY'S NOTICE OF MOTION AND MOTION TO DISMISS DEFENDANT DIETERICH WILHELM GEORG LUSSE, WITHOUT PREJUDICE, PURSUANT TO F.R.C.P. 41(a)(2)**<br><br>Judge:  Hon. Michelle Williams Court<br>Date:   April 10, 2026<br>Time:   1:30 pm<br>Dept.:  Courtroom 6A |

-1-                                    Case No. 2:25-cv-10554-MWC-PD

SMRH:4931-5004-3792.1    ALLSTATE'S NOTICE OF MOTION AND MOTION TO DISMISS DEFENDANT LUSSE, WITHOUT PREJUDICE

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on April 10, 2026 at 1:30 pm, or as soon thereafter as this matter may be heard in Courtroom 6A of the above-entitled court, located at First Street Courthouse, 350 West 1st Street, Los Angeles, CA 90012, plaintiff Allstate Northbrook Indemnity Company will and hereby does move to dismiss defendant, Dieterich Wilhelm Georg Lusse, without prejudice.

This motion is made pursuant to Federal Rule of Civil Procedure 41(a)(2) on the ground that, because defendant Lusse does not have an assignment of rights from defendant Francisco Javier Marquez (which Allstate recently learned to be the case), Lusse has no legally recognized interest in the claims that will be resolved by Allstate's cause of action for declaratory relief and thus is not a necessary party in this action.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place in writing and telephonically on several dates between February 10 to 13, 2026.  (Decl. of Peter H. Klee, ¶¶ 3-5 and Ex. 1 thereto.)

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Peter H. Klee and exhibit thereto, the complete files and records of this action, any matters of which the Court may be required or requested to take judicial notice, and upon such other and further evidence and argument that may be presented at, or prior to, the time of hearing on this Motion.

Dated:  March 11, 2026        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  _____
            PETER H. KLEE
            JARED K. LEBEAU
            MICHAEL BEAN
      Attorneys for plaintiff Allstate Northbrook
                  Indemnity Company

-2-        Case No. 2:25-cv-10554-MWC-PD